IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.:

Thorco Projects A/S,

   Plaintiff,

v.

Nutrion Feeds North America, Inc., *et al*

   Defendants and Garnishees.
_____/

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**TO GARNISHEE: BANCO DE SABADELL S.A.**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA

GREETING:

WHEREAS, on October 5, 2023, Plaintiff filed a Verified Complaint against Defendants Nutrion Feeds North America, Inc. and Nutrion Feeds (USA), Inc. for reasons in said amended Verified Complaint mentioned for the sum of at least **$5,110,000** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendants; and

   WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendants shall serve their answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

   NOW, THEREFORE, you are hereby commanded that if the said Defendants cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendants, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

*[signature]*

WITNESS THE HONORABLE
Judge of said Court, in said
District, this 12th day of October,
2023.

**Angela E. Noble**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
By: _____*Philip Curtis*_____
**Deputy Clerk**

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.